IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON SCOTT PAGE,

        Plaintiff,

    v.

STATE OF OREGON, et al.,

        Defendants.

Case No. 6:23-cv-01160-JR

ORDER

RUSSO, Magistrate Judge

    IT IS ORDERED that plaintiff's Motion to Dismiss (ECF No. 7) this case voluntarily is GRANTED and the case is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this ___22___ day of November, 2023.

                        _____
                        Jolie A. Russo
                        United States Magistrate Judge